**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GARRETT PETTEWAY,

    Plaintiff,

vs.                                    Case No. 3:05-cv-1046-J-HTS

JO ANNE B. BARNHART,
Commissioner of the Social Security
Administration,

    Defendant.
_____

**O R D E R**[1]

    This cause is before the Court on the Uncontested Motion for Entry of Judgment with Remand (Doc. #18; Motion), filed on May 12, 2006. Defendant requests that the case be remanded "to allow the administrative law judge (ALJ) to reevaluate the medical evidence. On remand, both the Commissioner and Plaintiff will have the opportunity to present any new evidence regarding Plaintiff's claim." Motion at 1. The Commissioner asserts the case should "be reversed and remanded under sentence four of 42 U.S.C. § 405(g)

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #14), entered on January 11, 2006.

(dealing with judicial review of benefit determinations)[.]"  *Id.* at 2.  It is represented counsel for Plaintiff has no objection to the Motion, *id.* at 1, and such a disposition is clearly within the Court's authority.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Motion (Doc. #18) is **GRANTED**, and the Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for the Commissioner "to reevaluate the medical evidence.  On remand, both the Commissioner and Plaintiff will have the opportunity to present any new evidence regarding Plaintiff's claim."  Motion at 1.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of May, 2006.

/s/    Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any