UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GARRETT PETTEWAY,

    Plaintiff,

vs.                                                CASE NO. 3:05-cv-1046-J-HTS

JO ANNE B. BARNHART,
Commissioner of the
Social Security
Administration,

    Defendant.
_____

## O R D E R

This cause is before the Court on the Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Doc. #21; Application), filed on August 3, 2006. Defendant does not oppose the amount sought in the Application. *See* Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. #22), filed on August 10, 2006, at 2.

A total of 8.95 hours were expended in the representation of Plaintiff before the Court in 2005 and 2006. *See* Application ¶ 4; Affidavit of Attorney's Time, attached to the Application. Plaintiff seeks a total payment of $1419.80 in fees. Application ¶ 4. This is based on an hourly rate of $155.59 for 4.2 hours expended in 2005, and $161.33 for 4.75 hours expended in 2006. *Id.*

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $1419.80 in attorney fees.[1]

Accordingly, the Application (Doc. #21) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $1419.80.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of August, 2006.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any

---

[1] To determine the maximum allowable hourly rate, adjusted for inflation, the Court used http://data.bls.gov/cgi-bin/cpicalc.pl (last visited August 11, 2006).